CHARLES MARIE DESPEAUX v. WARREN DELANO ET AL.

Submitted March 17, 1904—Decided November 7, 1904.

A declaration alleging that plaintiff, with the assent of the defendants, had maintained a line of pipes on a right of way granted to him by them, and that the defendants, without his knowledge, took up and carried away the pipes, shows a cause of action, regardless of the plaintiff's right to maintain the pipes under his grant; it setting up an unrevoked license, and if defendants desire to traverse the fact of license or show that it has been revoked, must plead accordingly.

On demurrer to declaration.

Before GUMMERE, CHIEF JUSTICE, and Justices DIXON, GARRISON and SWAYZE.

For the plaintiff, *Northrop & Griffiths.*

For the defendants, *De Witt Van Buskirk.*

PER CURIAM.

This is a demurrer to a declaration. The declaration alleges that the plaintiff for many years, with the assent of the defendants, had maintained a line of pipes upon a certain right of way granted to the plaintiff by the defendants, and that the defendants, without the knowledge of the plaintiff, took up the said pipes and carried them away. This shows a cause of action, regardless of the plaintiff's right to maintain the pipes under his grant. The declaration sets up an unrevoked license. If the defendants would traverse the fact of license or show that it had been revoked, they must plead accordingly. They cannot admit the facts properly pleaded and justify their removal of the plaintiff's personal property.

Judgment is given for the plaintiff, with costs.